IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES ARTHUR STARKS | : CIVIL ACTION |
| v. | : |
| | : NO. 16-6062 |
| CAROLYN W. COLVIN | : |

## ORDER

**AND NOW**, this 12th day of September 2017, upon considering Plaintiff's Petition for Review (ECF Doc. No. 3) and Brief (ECF Doc. No. 9), the Commissioner's Response (ECF Doc. No. 10), Plaintiff's Reply (ECF Doc. No. 11) and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Petition for Review (ECF Doc. No. 3) is **DENIED**. The Clerk of Court shall **CLOSE** this case.

KEARNEY, J.